UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO FACUNDO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                       /

Case No. 13-14503

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [11]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED [9], Defendant's motion for summary judgment is GRANTED [10], and the case is hereby DISMISSED.

    SO ORDERED.

                            s/Nancy G. Edmunds
                            Nancy G. Edmunds
                            United States District Judge

Dated: October 22, 2014

---

[1] No party has filed timely objections to the Magistrate Judge's Report and Recommendation.

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2014, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager